IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THOMAS DORSEY BAILEY, III                                                                    PLAINTIFF
ADC #148850

V.                                          4:19CV00906-LPR-JTK

KANESHA N. GRANDY                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice, as barred by res judicata and for failure to state a claim upon which relief may be granted.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED, this 6th day of January 2020.

Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE